IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 09-4031-CR-C-SOW |
| ) | |
| LEROY U. MILLER, ) | |
| ) | |
| Defendant. ) | |

ORDER

Before the Court is the Report and Recommendation (Doc. #7) of United States Magistrate Judge William A. Knox regarding defendant Leroy U. Miller's entry of a plea of guilty. On July 8, 2009, the defendant, by consent, appeared before U.S. Magistrate Judge William A. Knox and entered a plea of guilty to Count I of the information filed on July 8, 2009. After cautioning and examining the defendant, under oath, concerning each of the subjects mentioned in Rule 11, it was determined that the guilty plea was made with full knowledge of the charges and consequences of pleading guilty, was voluntary, and that the offense to which the defendant has plead guilty is supported by a factual basis for each of the essential elements of the offense.

Accordingly, pursuant to the Report and Recommendation submitted, it is hereby

ORDERED that defendant Leroy U. Miller's plea of guilty shall be accepted and that defendant Miller be adjudged guilty and have sentence imposed accordingly. It is further

ORDERED that a pre-sentence investigation report be prepared on defendant Miller as soon

as possible.

      /s/ Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

DATED: 7/13/2009